255 So.2d 92

**Clifford DEANE and Adeline Deane**

v.

**Roger O. McGEE et al.**

**No. 51946.**

Dec. 7, 1971.

In re: Clifford Deane applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So.2d 655.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted. Case fixed for argument Dec. 15, 1971.

255 So.2d 93

**John J. RAMP, Jr. et al.**

v.

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY et al.**

**No. 51972.**

Dec. 7, 1971.

In re: John J. Ramp, Jr., Salvador A. Ramp, Mrs. Margaret Ramp Rossi and Mrs. Delphine Ramp Puderer applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 254 So.2d 79.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.